FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 05 2025

at 2 o'clock and 09 min. P M JO
Lucy H. Carrillo, Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

UNITED STATES OF AMERICA )
)
vs )    ABSTRACT OF RELEASE
)
)
Elias David )

CASE NUMBER MJ 25-01497 WRP

TO THE UNITED STATES MARSHAL AND/OR WARDEN, FEDERAL DETENTION CENTER:

Be advised that on the date of __December 5, 2025__ the Court entered the following order:

__X__ Defendant to be released from custody forthwith

　　　__X__ Released to / continued on pretrial release

　　　_____ Sentenced to time served

　　　_____ Case Dismissed

　　　_____ Released to / continued on supervised probation / unsupervised probation

　　　_____ Released to / continued on supervised release

_____ Defendant to be released once bond conditions are met. As conditions have been met effective _____, defendant to be released forthwith.

_____ Bench warrant recalled

_____ Other: _____

Lucy Carillo
~~Sue Beitia,~~ Clerk of Court

by: JO, Deputy Clerk
　　　　　　　　　　　　　　　　　　Deputy Clerk